UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60097-CR-UNGARO

UNITED STATES OF AMERICA

v.

ANSON JOACHIN,

    Defendant.

_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon Defense Counsel's Voucher Application for Payment of Attorney's Fees. (D.E. 49.)

THE COURT has considered the record as a whole and is otherwise fully advised of the premises.

This matter was referred to Magistrate Judge Edwin G. Torres, who issued a Report recommending that Counsel Terence Lenamon be paid a total amount of $67,306.50 as fair and final compensation for his work in this case. (D.E. 214.) The parties were afforded the opportunity to file objections to the Report. Defense Counsel waived objections. (D.E. 215.) Accordingly, upon *de novo* review of the record, it is

ORDERED AND ADJUDGED that the Report of the Magistrate Judge (D.E. 214) is RATIFIED, ADOPTED, and AFFIRMED; Counsel Terence Lenamon is to be paid $67,306.50 as fair and final compensation for his work in this case.

DONE AND ORDERED in Chambers at Miami, Florida, this 5 day of December, 2011.

                                            URSULA UNGARO
                                            UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record